Date signed May 12, 2014



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Ranceenia Royal Sesker | * | Case No.   12-12880PM |
| Allen Keith Sesker | * | Chapter   7 |
| | * | |
| Debtor(s) | * | |

**MEMORANDUM TO COUNSEL**

     Before the court is the Debtors' "Motion for Kettering by the Park Open Space to Show Cause Why They Should Not Be Sanctioned for Violating the Bankruptcy Stay."  The court observes that a Proof of Claim, Claim No. 9, was filed by Kettering by the Park I Condominium, Inc., an entity that was not served with the Motion.  The Motion cannot be considered until the Claimant is served, including service on the Claimant's registered agent.

cc:    Debtors
        Debtors' Counsel
        Trustee

**End of Memorandum**